ACCEPTED
03-15-00327-CV
5518824
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/2/2015 7:05:25 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00326-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/2/2015 7:05:25 PM
JEFFREY D. KYLE
Clerk

IN THE THIRD COURT OF APPEALS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/2/2015 7:05:25 PM
JEFFREY D. KYLE
Clerk

CHASE CARMEN HUNTER, PETITIONER, v. VELVA PRICE,

CLERK OF THE TRAVIS COUNTY TEXAS DISTRICT COURT,

RESPONDENT

*VERIFIED*

NOTICE THAT CHASE CARMEN HUNTER HAS NOT FILED A

NOTICE OF APPEAL OF CAUSE D-1-GN-13002576 From The

200TH District Travis County, Texas

Chase Carmen Hunter, pro se
340 S LEMON AVE #9039
WALNUT, CA 91789
Telephone: 707-706-3647
Facsimile: 703-997-5999
Chase_Hunter@yahoo.com

**CERTIFICATION.**

I, Chase Carmen Hunter, state under penalty of perjury that the following facts and argument are true and correct. Executed on June 2, 2015.

*refl*

**POINTS RELIED UPON**

On June 2, 2015, Chase Carmen Hunter ("Hunter") received a notice via email from this Court stating that Hunter filed a notice of appeal from Travis County Texas District Court case D-1-GN-13002576.

But Hunter has not filed a notice of appeal.

Hunter filed a petition for a writ of mandamus on June 1, 2015, directed to the clerk of the Travis County District Court regarding this court's pending appeal # 03-13-00737-cv.

It appears that the clerk of this court has somehow misconstrued Hunter's petition for a writ of mandamus (as described above) as a notice of appeal in a different district court case.

There is absolutely no reason to come to such a false conclusion. Obviously, both the clerk of this court and the clerk of the Travis County District Court refuse to perform their duties in accordance with the law, with the U.S. Constitution, and with accuracy.

**PRAYER**

Hunter respectfully requests that this Court direct the clerk of this court to properly docket Hunter's petition for a writ of mandamus that was filed on June 1, 2015, with this court and to rescind the false notice dated June 2, 2015, which states that a notice of appeal was filed in Travis County Texas District Court case D-1-GN-13002576. Hunter respectfully requests that this Court notify the proper criminal justice authority to investigate the problem with this Court's clerk and with the Travis County Texas District Court clerk for their continued falsification of court documents.

Respectfully Submitted,

/s/ Chase Carmen Hunter

Chase Carmen Hunter
340 S Lemon Ave #9039
Walnut, CA 91789
Tel: 707-706-3647
Fax: 703-997-5999
Email: Chase_Hunter@yahoo.com